# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARON FIELDS, | Case No. EDCV 07-1442-JTL |
| Plaintiff, | |
| v. | **J U D G M E N T** |
| MICHAEL J. ASTRUE,<br>Commissioner of Social Security, | |
| Defendant. | |

In accordance with the Memorandum Opinion and Order filed herewith,

IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security is affirmed and this action is dismissed with prejudice.

DATED: September 3, 2008

/s/
JENNIFER T. LUM
UNITED STATES MAGISTRATE JUDGE